# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL NEWMAN, | : | No. 1:16-CV-01993 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CLOUSE TRUCKING, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of April 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Clouse Trucking, Inc.'s Motion for Summary Judgment (ECF No. 15) is **DENIED** in its entirety.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge